IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TAMMY CHAMBERS,

    Plaintiff,

vs.                                      CASE NO. 5:06cv215/RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 10). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion to Dismiss (Doc. 7) is construed as a notice of voluntary dismissal and is **granted**.

3. This action is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on January 5, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**